## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 158 EAL 2020
:
Respondent  :
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.  :
:
:
FRANK TEPPER,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**. The Motion to Withdraw Appearance is **GRANTED.**